JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRAL TOOLE, | Case No. **CV 11-9530-JFW** [CR 08-746-JFW] |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Pursuant to this Court's December 9, 2011 Order denying Petitioner Terral Toole's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated: December 9, 2011

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE